■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA APONTE, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County, imposed March 14, 1979, and a resentence of the same court, imposed December 11, 1979. Sentence, as amended by the resentence, affirmed. No opinion. Gibbons, J. P., Gulotta, Cohalan and Margett, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD BROWN, Appellant.—Upon appeal by permission, order of the Supreme Court, Kings County, dated December 10, 1979, which adhered to its original determination dated April 24, 1979, affirmed for the reasons stated in the memorandum of Mr. Justice Cooper at Criminal Term dated November 29, 1979. Mangano, J. P., Gibbons, Gulotta and O'Connor, JJ., concur.